UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA THURLOW,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
    _____/

Case No. 14-11625

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [19]**

This matter comes before the Court on the Magistrate Judge's report and recommendation. (Dkt. 19.) The Magistrate Judge recommends affirming the findings of the Commissioner of Social Security, or in the alternative, dismissing Plaintiff's complaint pursuant to 41(b). Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommendation.

Being fully advised in the premises, having read the pleadings, and for the reasons set forth above, the Court ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation. The findings of the Commissioner of Social Security are AFFIRMED, and this case is hereby DISMISSED.

SO ORDERED.

                        S/Nancy G. Edmunds
                        Nancy G. Edmunds
                        United States District Judge

Dated: March 22, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 22, 2016, by electronic and/or ordinary mail.

                        S/Carol J. Bethel
                        Case Manager